FILED
JAN 13 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR3101-GT |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| CARLOS MUNOZ-DURAN, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for January 14, 2009, at 9:00 a.m. be continued to January 23, 2009, at 9:00 a.m.

**SO ORDERED.**

DATED: 1-13-09

HONORABLE GORDON THOMPSON, JR.
United States District Judge

1